| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHRISTOPHER S. HALES<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN J. NOEL,<br><br>Defendant. | 3:19-cr-0005-DMC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 5, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Dennis M. Cota |

**STIPULATION**

1. By previous order, this matter was set for a status conference on June 5, 2019.

2. By this stipulation, the parties now jointly move to continue the status conference to July 9, 2019, at 11:00 a.m., in Redding.

3. The parties agree and stipulate, and request that the Court find the following:

 a) The government has represented that the discovery associated with this case includes approximately 50 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

 b) Counsel for defendant desires additional time to review the current charges, to conduct investigation and research related to the charges, and to review discovery, which will be relevant to trial preparation and/or a potential resolution in this case.

 c) Counsel for defendant believes that failure to grant the above-requested

STIPULATION TO CONTINUE STATUS CONFERENCE
AND EXCLUDE TIME

1

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.     It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 4, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ *Christopher S. Hales*
CHRISTOPHER S. HALES
Assistant U.S. Attorney

Dated: June 4, 2019

/s/ *Stephen King*
STEPHEN KING
Counsel for Defendant
Stephen J. Noel

(*Approved via telephone June 4, 2019*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference is continued to July 9, 2019, at 11:00 a.m., in Redding. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare for trial outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through July 9, 2019.

FOUND AND ORDERED this 5th day of June, 2019.

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

3