McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-cr-0005-DMC |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER SCHEDULING TRIAL SETTING HEARING |
| v. | |
| STEPHEN J. NOEL, | |
| Defendant. | DATE: July 9, 2019<br>TIME: 11:00 a.m.<br>COURT: Hon. Dennis M. Cota |

**STIPULATION**

1. By previous order, this matter was set for a status conference on July 9, 2019.

2. By this stipulation, the parties now jointly move to continue the status conference to August 6, 2019, at 11:00 a.m., in Redding.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 50 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the current charges, to conduct investigation and research related to the charges, and to review discovery, which will be relevant to trial preparation and/or a potential resolution in this case.

c) Counsel for defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 8, 2019
        MCGREGOR W. SCOTT
        United States Attorney

        /s/ *Christopher S. Hales*
        CHRISTOPHER S. HALES
        Assistant U.S. Attorney


Dated: July 8, 2019
        /s/ *Stephen King*
        STEPHEN KING
        Counsel for Defendant
        Stephen J. Noel

        (*Approved via email July 8, 2019*)

| | |
|---|---|
| 1 | **FINDINGS AND ORDER** |
| 2 | The Court finds that this matter relates to an incident that occurred on September 12, 2018. |
| 3 | Defendant made a first appearance on March 20, 2019. Defendant was arraigned on April 3, 2019, and |
| 4 | entered a not guilty plea to the charge. |
| 5 | IT IS ORDERED , that the matter is continued to August 6, 2019, at 11:00 a.m., in Redding for |
| 6 | trial setting. The parties are ordered to personally appear at said date and time. The Court further finds |
| 7 | that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time |
| 8 | pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting |
| 9 | the continuance and allowing the defendant further time to prepare for trial outweigh the best interests of |
| 10 | the public and the defendant in a speedy trial. Time is excluded from the date of this order through |
| 11 | August 6, 2019. |
| 13 | FOUND AND ORDERED this 9th day of July, 2019. |

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE