UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 3:19-cr-00005-DMC |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| STEPHEN J. NOEL, | ) ) | DATE: August 6, 2019 TIME: 11:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Dennis M. Cota |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 3:19-cr-00005-DMC without prejudice is GRANTED.

It is further ordered that the status conference scheduled on August 6, 2019, is vacated.

IT IS SO ORDERED.

Dated: July 15, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND VACATE STATUS 1 U.S. v. STEPHEN J. NOEL